AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2007

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| KAUFFMAN, BRUCE W | W.S. DISTRICT COURT, EASTERN P | 05/05/2008 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. DISTRICT JUDGE - ACTIVE | ☐ Nomination, Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2007<br>to<br>12/31/2007 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| ROOM 5613, U.S. COURTHOUSE<br>601 MARKET STREET<br>PHILADELPHIA, PA 19106 | Reviewing Officer_____ Date_____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. DIRECTOR | FEDERAL JUDGES ASSOCIATION |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2008 MAY 15 P 2: 29 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| KAUFFMAN, BRUCE W | 05/05/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2007 | PENN MUTUAL LIFE INSURANCE - ANNUITY DISTRIBUTION | $ 100,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2007 | SELF-EMPLOYED MARKETING DESIGNER (SEE NOTE 7) |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | FEDERAL JUDGES ASSOCIATION ANNUAL MEETING | MAY 5, 2007 | WASHINGTON, D.C. | ANNUAL BOARD MEETING | MEALS AND HOTEL |
| 2. | NEW YORK INTELLECTUAL PROPERTY LAW ASSOCIATION | MARCH 23, 2007 | NEW YORK, NY | ANNUAL DINNER | MEALS AND HOTEL |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | ACS INC. | STUDENT LOAN | K |
| 2. | SUNBANK TRUST MORTGAGE | MORTGAGE ON DAUFUSKIE ISLAN, SC PROPTERTY HELD FOR INVESTMENT | None |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KAUFFMAN, BRUCE W | 05/05/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. PENNSYLVANIA BUSINESS BANK - CHECKING | A | Interest | J | T | | | | | |
| 2. WOMEN'S INVESTMENT NETWORK | A | Int./Div. | J | U | | | | | |
| 3. CANTONE RESEARCH - IRA see note 1 | E | Int./Div. | | | | | | | |
| 4. CANTONE RESEARCH - IRA (SEE NOTE 1) | G | Distribution | N | T | | | | | |
| 5. SELIGMAN COMU&I FDB | | | | | SELL | 1/17 | K | | |
| 6. WESTERN ASSET EMERGING MARKETS INCOME FD II INC (SEE NOTE 5) | | | | | SELL | 1/17 | K | | |
| 7. FIRST TRUST SENIOR LOAN HIGH YIELD | | | | | BUY | 1/17 | K | | |
| 8. ADVANTAGE ENERGY INCOME FD | | | | | BUY | 1/18 | J | | |
| 9. BONAVISTA ENERGY TRUST | | | | | BUY | 1/18 | J | | |
| 10. ENTERRA ENERGY TRUST | | | | | BUY | 1/18 | J | | |
| 11. TRAVELCENTER OF AMERICA | | | | | SELL | 2/06 | J | | |
| 12. CAROLINA GROUP | | | | | PARTIAL SELL | 2/06 | J | | |
| 13. HOSPITALITY PROPERTIES REIT TRUST | | | | | SELL | 3/5 | K | | |
| 14. MORGAN STANLEY MTNRO MP | | | | | SELL | 04/10 | L | | |
| 15. GENERAL ELECTRIC CO. | | | | | PARTIAL SELL | 04/11 | K | | |
| 16. GENERAL ELECTRIC CO. | | | | | PARTIAL SELL | 6/12 | J | | |
| 17. GENERAL ELECTRIC CO. | | | | | PARTIAL SELL | 7/9 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KAUFFMAN, BRUCE W | 05/05/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. CAROLINA GROUP | | | | | PARTIAL SELL | 9/21 | J | | |
| 19. CAROLINA GROUP | | | | | BUY | 9/21 | J | | |
| 20. GENERAL ELECTRIC CO. | | | | | PARTIAL SELL | 12/10 | J | | |
| 21. ADVANTAGE ENERGY INCOME FD | | | | | SELL | 12/12 | K | | |
| 22. BONAVISTA ENERGY TRUST | | | | | BUY | 12/12 | K | | |
| 23. FIRST TRUST HIGH YIELD C/E PORT | | | | | BUY | 12/12 | K | | |
| 24. EVERGREEN INSTITUTION MM FD (SEE NOTE 2) | | | | | | | | | |
| 25. ANNALY MTG MGMT INC. REIT | | | | | | | | | |
| 26. EMERGE INTERACTIVE, INC. | | | | | | | | | |
| 27. HEALTHFUSION.COM | | | | | | | | | |
| 28. SAFEGUARD SCIENTIFIC | | | | | | | | | |
| 29. PUBLIC STORAGE CUMULATIVE PERPETUAL PFD | | | | | | | | | |
| 30. GENERAL MOTOR ACCEPTANCE NOTES | | | | | | | | | |
| 31. NUVEEN QUALITY PREFERRED INCOME FUND 2 | | | | | | | | | |
| 32. CSP DEBT ACCOUNT LLC | | None | J | U | | | | | |
| 33. HPH - POPLAR STREET ASSOCIATES LP | D | Distribution | J | U | | | | | |
| 34. HOLLIDAYSBURG ASSOCIATES, L.P. | D | Distribution | J | U | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KAUFFMAN, BRUCE W | 05/05/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. HOLLIDAYSBURG LAND ASSOCIATES, LP | | None | J | U | | | | | |
| 36. INVESTMENT PROPERTY, DAUFUSKIE ISLAND, SC (SEE NOTE 3) | | | | | SALE | 10/5 | L | D | |
| 37. CAPE SAVINGS BANK | A | Interest | J | T | | | | | |
| 38. MOSAIC FUNDS | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

1) FROM 2007 REPORT, PART VII, LINE 4 AND 5 - SAME ACCOUNT. BROKEN OUT TO SHOW DIFFERENT ASPECTS OF INCOME. TOTAL VALUE OF ACCOUNT REPORTED ON LINE 5.

2.) FROM 2007 REPORT, PART VII, LINE 25 - EVERGREEN INSTITUION MM FD - MONEY MARKET ACCOUTN USED TO HOLD IDLE CASH.

3.) FROM 2007 REPORT, PART VII, LINE 37 - INVESTMENT PROPERTY, DAUFUSKIE ISLAND SC, WAS SOLD DURING THE YEAR. THE PROPERTY AS REPORTED TO THE I.R.S. HAD A COST BASIS OF $76,316 AND A GROSS SALES PRICE OF $85,000. THERE BY CREATING A GAIN OF $8,684, NO ADDITIONAL INCOME WAS EARNED ON THIS PROPERTY DURING THE YEAR.

4.) FROM 2006 REPORT, PART VII LINES 4 AND 24 - BANK DEPOSIT SWEEP IS EVERGREEN INSTITUTION MM FD - TRANSFER OF MONEY SHOWN ON 2006 REPORT.

5.) FROM 2007 REPORT, PART VII LINE 6 - RENAMED TO WESTERN ASSET EMERGING MARKETS FROM SALOMON BROS EMERGING MKTS SEE 2006 REPORT.

6.) FROM 2006 REPORT, PART VII, LINE 16, ADVANTAGE ENERGY TRUST REPORTED AS ADVANTAGE ENERGY INC. IN 2007 REPORT.

7.) FROM 2007 REPORT, PART III-B, LINE 1 - SELF -EMPLOYED MARKETING DESIGNER - DURING THE YEAR THIS COMPANY MADE DIVIDEND DISTRUBTUION OF $15,000.

| Name of Person Reporting | Date of Report |
|---|---|
| KAUFFMAN, BRUCE W | 05/05/2008 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

July 18, 2008

RECEIVED 2008 JUL 28 A 10:03 FINANCIAL DISCLOSURE OFFICE

Honorable Ortrie D. Smith, Chair
Judicial Conference of the United States
Committee on Financial Disclosure
One Columbus Circle, N.E.
Washington, DC 20544

    **Re: Calendar Year 2007 Filing**
          **Response to Letter Dated July 1, 2008**

Dear Judge Smith:

Pursuant to your above-referenced letter, our response, as noted below, to the remarks on the 2007 Financial Disclosure Report:

1. On page 2 of the letter you reference Part VII, page 4, line 11, and page 6, lines 37 and 38, "Travelcenter of America," "Cape Savings Bank," and "Mosaic Funds". All of these assets were previously owned, but were exempt from disclosure because their income and values were below the reporting thresholds, and should have had a parenthetical "(X)" alongside the name of each asset as instructed in the heading to Column A.

I have included a copy of the original letter that this letter is formally responding to. As requested, three copies of this letter are being included with the response.

Sincerely,

